JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSY MARTIN, an individual and PAT BORJA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 2:17-cv-03026-MWF-E<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

92851898.1

ORDER

# **ORDER**

Having reviewed and considered the Joint Stipulation of Dismissal of Entire Action With Prejudice submitted by Plaintiffs Susy Martin and Pat Borja and Defendant Bank of America, N.A.:

IT IS HEREBY ORDERED that Plaintiffs' Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: December 20, 2017

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE